# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>MEHRAN MAKARI SAHELI,<br>　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:　　　　08-011 (JRT/JSM)<br>Date:　　　　　3/10/09<br>Court Reporter:　Kristine Mousseau<br>Time Commenced:　2:55 pm<br>Time Concluded:　3:20 pm<br>Time in Court:　25 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

　　For Plaintiff:　　Anders Folk
　　For Defendant:　Bruce Nestor　☐ FPD　☐ CJA　☒ Retained　☐ Appointed

PROCEEDINGS:
　☒ **Change of Plea Hearing.**
　☒ PLEA:
　　　☒ Guilty as to Count: 4

　☒　Presentence Investigation and Report requested.
　☒　Bond continued.

 s/ Holly A. Morley　<br>
Calendar Clerk